UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JONATHAN DRUMMOND,<br><br>    Plaintiff,<br><br>vs.<br><br>I LOVE SUGAR, INC., and I LOVE SUGAR DAYTONA, LLC,<br><br>    Defendants. | Case No. 6:25-cv-163-GAP-DCI |

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff, JONATHAN DRUMMOND, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendants and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit dismissal documents to the Court for entry.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

DATED this 9th day of April, 2025.

                                        Respectfully submitted,

                                        ALEKSANDRA KRAVETS, ESQ. P.A.
                                        *Attorney for Plaintiff*
                                        1100 Buchanan Street
                                        Hollywood, FL 33019

        Tel.: 347.268.9533
        Email: ak@akesqpa.com

By:   */s/ Aleksandra Kravets*
       Aleksandra Kravets
       Florida Bar No.: 120562

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of April, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Aleksandra Kravets*
Aleksandra Kravets

ALEKSANDRA KRAVETS, ESQ. P.A.
*Attorney for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com