UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| JONATHAN DRUMMOND, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:25-cv-163-GAP-DCI |
| I LOVE SUGAR, INC., and I LOVE SUGAR DAYTONA, LLC, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff JONATHAN DRUMMOND, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice, with each party to bear his/its own attorney's fees and costs.

Dated April 18, 2025

Respectfully submitted,

ALEKSANDRA KRAVETS, ESQ. P.A.
*Counsel for Plaintiff*
1100 Buchanan Street
Hollywood, FL 33019
Tel.: 347.268.9533
Email: ak@akesqpa.com

By: */s/ Aleksandra Kravets*
Aleksandra Kravets
Florida Bar No.: 120562